IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| FUTUREWEI TECHNOLOGIES INC., <br> D/B/A HUAWEI TECHNOLOGIES (USA) <br>     Plaintiff, <br><br> V. <br><br> E. OLIVER CAPITAL GROUP, LLC, <br> MIO GROUP, LTD., <br> MIO GROUP INCORPORATED, and <br> GILBERT R. ARMENTA, <br>     Defendants. | § § § § § § § § § § § | CAUSE NO. 4:09CV455 |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On June 27, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff Futurewei Technologies, Inc.'s Motion for Entry of Default Judgment Against All Defendants (Dkt. 144) be GRANTED in the amount of $4,281,233.00 and Plaintiffs' reasonable attorneys' fees and costs, along with any applicable pre-judgment and post-judgment interest.

The court has made a *de novo* review of the objections raised by Defendants as well as Plaintiff's response (Dkts. 159 & 164) and is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit as to the ultimate findings of the Magistrate Judge. The court hereby adopts the findings and conclusions of the Magistrate Judge as

the findings and conclusions of this court.

Therefore, Plaintiff Futurewei Technologies, Inc.'s Motion for Entry of Default Judgment Against All Defendants (Dkt. 144) is GRANTED and Plaintiff is awarded $4,281,233.00 in damages as well as its reasonable attorneys' fees and costs, along with any applicable pre-judgment and post-judgment interest.

Within fifteen (15) days of the date of this order, Plaintiff shall submit an affidavit setting forth the reasonable attorneys' fees and costs incurred in this case as well as a proposed final judgment.

**IT IS SO ORDERED.**

**SIGNED this the 31st day of August, 2012.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE